Ian P. Fellerman (SBN 119725)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:  510.763.2000
Facsimile:  510.273.8832

Attorneys for Defendant
MediaNews Group, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE PARKER,<br><br>           Plaintiff,<br><br>vs.<br><br>MEDIANEWS GROUP, INC., dba ALAMEDA NEWS GROUP; and DOES 1 through 20,<br><br>           Defendants. | No.: C 06-05248 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

   Plaintiff and Defendant, through their respective counsel of record, hereby stipulate as follows: Defendant's counsel has a calendar conflict with the Case Management Conference scheduled for November 29, 2006 at 2:45 p.m., since counsel will be in a summary judgment motion hearing in state court at that time. Counsel therefore request that the Case Management Conference be rescheduled to another date. Defendant's counsel and Plaintiff's counsel are available on the following dates: November 20-22, 27-28 and 30, 2006. Counsel respectfully request that the CMC be rescheduled to one of those dates.

/ / / /

/ / / /

DATED: October 7, 2006.     By _____
                            George Holland, Jr.
                            Attorney for Plaintiff
                            Margie Parker

                            REED SMITH LLP

DATED: October 9, 2006.     By _____
                            Ian P. Fellerman
                            Attorneys for Defendant
                            MediaNews Group, Inc.

**ORDER**

IT IS HEREBY ORDERED that the Case Management Conference is rescheduled to __DECEMBER 6_____, 2006 at _3;15_____ a.m./p.m. via telephone. Plaintiff's counsel is to set up the conference call with all parties on the line and call chambers at (510) 637-3559. Counsel shall file a Joint Case Management Conference Statement at least 10 days in advance of the Case Management Conference.

DATED: October _12_, 2006

_____
Honorable Saundra B. Armstrong
United States District Judge