Ian P. Fellerman (SBN 119725)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone: 510.763.2000
Facsimile: 510.273.8832

Attorneys for Defendant
MediaNews Group, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE PARKER,<br><br>        Plaintiff,<br><br>vs.<br><br>MEDIANEWS GROUP, INC.,<br><br>        Defendant. | No.: C 06-05248 SBA<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; AND [PROPOSED] ORDER THEREON** |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Margie Parker and Defendant MediaNews Group, Inc., through their respective counsel of record, that Plaintiff's Complaint shall be dismissed with prejudice, pursuant to the Settlement Agreement entered into by the parties.

DATED: February 16, 2007.    By _____
George Holland, Jr.
Attorneys for Plaintiff
Margie Parker

REED SMITH LLP

DATED: February 16, 2007.    By _____
Ian P. Fellerman
Attorneys for Defendant
MediaNews Group, Inc.

– 1 –

Stipulation For Dismissal Of Action With Prejudice; And [Proposed] Order Thereon

DOCSOAK-9863619.1

ORDER

Pursuant to the parties' Stipulation, it is hereby ordered that Plaintiff's Complaint is dismissed with prejudice.

DATED: March _5_, 2007.

_____
Honorable Saundra Brown Armstrong
United States District Judge

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612-3572. On March 5, 2007, I served the following document(s) by the method indicated below:

**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; AND [PROPOSED] ORDER THEREON**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California, addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

George Holland, Jr.
Holland Law Firm
600 16th Street, #100
Oakland, CA 94612
(510) 465-4939 (T)
(510) 465-4940 (F)

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on March 5, 2007, at Oakland, California.

*Kathy Jenkins*

-1-